# APPENDIX 2

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YAN TSANG et. al., ) <br> individually and on behalf ) <br> of similarly situated persons, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ZARA USA, INC., ) <br> ) <br> Defendant. ) | Case No. 15-cv-11160 <br><br> Hon. Samuel Der-Yeghiayan |

**DECLARATION OF CURTIS C. WARNER**

1. I received my undergraduate degree from Grand Valley State University in 1993, my Masters Degree in Education from Wayne State University in 1998, and my Juris Doctorate from Michigan State University – Detroit College of Law (now Michigan State University – College of Law), *cum laude*, in 2002. During law school, I was the Editor-in-Chief for the Michigan State University – Detroit College of Law *Journal of Medicine and Law* and interned with the United States Army Judge Advocate General's Office at Fort Carson in Colorado.

2. In August 2002, I began working as an associate attorney at Collins & Blaha, P.C., an employment law firm that represents various school districts in the State of Michigan.

3. In April 2003, I worked as a staff attorney at Michigan Migrant Legal Assistance Project, Inc., (now Migrant Legal Aid) in Grand Rapids, Michigan, representing migrant farm workers in various labor and consumer disputes before administrative agencies, federal and state courts. During that time I represented a client before the Michigan Supreme Court. *Lopez v. Hardy's Holsteins LLC,* 2005 MIWCLR (LRP) LEXIS 151 (Mich. WCAC, June 24, 2005) *sub*

*nom. Lopez v. Worker's Compensation Appellate Comm'n.,* No. 263842, 2005 Mich. App. LEXIS 3312 (Mich. App., Sept. 23, 2005); 704 N.W. 2d 709, 474 Mich. 893 (Mich. 2005).

4. While working at Michigan Migrant Legal Assistance Project, Inc., I served as an associate member on the State Bar's Committee on Legal Aid, was a member of the Michigan Pesticide Action Committee, and participated in committee meetings with state legislators and other members of the state bar focusing on passing legislation to end the unlicensed practice of law by "notarios."

5. From March 2005 to September 2006, I was an associate attorney at the consumer class action law firm of Edelman Combs Latturner & Goodwin LLC in Chicago, Illinois ("Edelman Combs"). "Edelman, Combs, Latturner & Goodwin, LLC, [is] a small Chicago law firm specializing in consumer credit, debt collection, FDCPA, predatory lending practices, and class action litigation." *Miller v. Midland Credit Mgmt.,* 08 C 780, 2009 U.S. Dist. LEXIS 16273 * 6-7 (N.D. Ill. Mar. 2, 2009).

6. In October 2006, I started Warner Law Firm, LLC, which represents consumers in the federal courts of Illinois, Michigan, Indiana and in the Circuit Court for Cook County, Illinois and other outlying county circuit courts.

7. I am a member of both the Michigan (Admitted 2002) and Illinois (Admitted 2004) bars and am admitted to practice before the following Courts: Supreme Court of the United States, Seventh Circuit Court of Appeals, Sixth Circuit Court of Appeals, Northern District of Illinois, Central District of Illinois, Eastern District of Michigan, Western District of Michigan, Northern District of Indiana, Southern District of Indiana and Eastern District of Wisconsin. I have also been permitted to practice *pro hac vice* in the District of New Jersey, the Eastern District of Virginia and Monterey County, California.

8. I am a member of the Trial Bar of the Northern District of Illinois, having twice served the Court as appointed counsel in a Title VII case and once in a bank financing case. I have been appointed *pro bono* counsel in the Central District of Illinois in a Title VII case. I have also performed *pro bono* work for the Legal Assistance Foundation of Metropolitan Chicago taking a mortgage fraud case to trial after 3 ½ years of litigation and obtaining a modest five-figure judgment against one defendant, a six-figure settlement from the other defendants, and waived my legal fees for the benefit of the indigent client whose home was taken from her. I am currently a board member of Migrant Legal Aid in Grand Rapids, Michigan.

9. Since its founding in 2006, I have been approved as class counsel in the following matters to which final approval of the parties' class action settlement has been granted: *Vasquez v. Zara USA, Inc.,* 15 C 3433 (N.D. Ill. Mar. 8, 2016); *Florence Mussat M.D., S.C. v. Insurance Group of America Holdings, L.L.C. et al*, 13 C 7798 (N.D. Ill. May 7, 2015); *Krishnan v. Autovest LLC,* 13 C 8654 (N.D. Ill. Mar. 27, 2015); *Paci v. Elmhurst Auto Werks, LTD., d/b/a Elmhurst BMW, Ltd.,* 14 C 1158 (N.D. Ill. Feb. 12, 2015); *Prusak v. Lumber Liquidators, Inc.*. 12 C 6984 (N.D. Ill. Nov. 11, 2014); *Florence Mussat M.D., S.C. v. Betterdoctor, Inc.*, 13 C 8377 (N.D. Ill. July 10, 2014); *Rincon v. Taqueria Los Comales #1, Inc.*, 13 C 2712 (N.D. Ill. Apr. 30, 2014); *Sanders et. al. v. W&W Wholesale, Inc.*, 11 C 3557 (N.D. Ill. Apr. 11, 2014); *Vasquez v. Bargains in a Box, Inc.*, 13 C 3964 (N.D. Ill. Mar. 27, 2014); *Florence Mussat M.D., S.C. v. Global Healthcare Resource, LLC,* 11 C 7035 (N.D. Ill. Nov. 1, 2013); *Tang v. Medical Recovery Specialists Inc.*, 11 C 2109 (N.D. Ill); *Tang v. Pita Inn Inc*, 11 C 3833 (N.D. Ill. May 2, 2012); *Balbarin v. North Star Acquisition,* LLC, *et al.,* 10 C 1846 (N.D. Ill. Apr. 12, 2012); *O'Hara v. Medieval Times USA, Inc.*, 3:10-cv-751 (D. N.J. Mar. 6, 2012); *Todd v. HB Windows and Doors, Inc.*, 10 C 4986 (N.D. Ill. Aug. 18, 2011); *Seppanen v. Krist Oil Co.*, 2:09-cv-195

(W.D. Mich. Aug. 9, 2011); *Vallejo v. National Credit Adjusters,* LLC, 10-cv-103 (N.D. Ind. Nov. 3, 2010); *Mitchem v. Northstar Location Services,* LLC, 09 C 6711, (N.D. Ill. May 13, 2010); *Housenkamp v. Weltman, Weinberg & Reis, Co. of Michigan*, Case No. 1:09-cv-10613-TLL-CEB (E.D. Mich. May 11, 2010); *Kern v. LVNV Funding, Inc.*, 09 C 2202, (N.D. Ill. Jan. 21, 2010); *Prieto et al. v. HBLC, Inc. et al.*, 08 C 2817 (N.D. Ill. Dec. 15, 2008); *Dobson v. Asset Acceptance LLC*, 07 C 6203, (assigned as related to 07 C 5967) (N.D. Ill. 2008); *Horton v. IQ Telecom*, 07 C 2478 (N.D. Ill. May 5, 2008).

10. I have also represented objectors to an unfair class action settlement before the Seventh Circuit resulting in the reversal of the final approval of the settlement. *Redman et al. v. RadioShack Corp.*, 768 F.3d 622 (7th Cir. 2014).

11. In *Cavin v. Home Loan Center, Inc.* 236 F.R.D 387 (N.D. Ill. 2007), a specific finding regarding my ability as class counsel was made in that, "The Court finds that Mr. Warner [is]. . . 'experienced, competent, qualified and able to conduct the litigation vigorously'", and therefore met the adequacy of class counsel requirement under Rule 23(a)(4)). *Id*. at 395.

12. The Seventh Circuit has noted that I am "an FDCPA specialist." *Schlacher v. Law Offices of Phillip J. Rotche & Associates, P.C.*, 547 F.3d 852, 855 (7th Cir. 2009).

13. I was the primary brief writer in the following cases: *Redman et al. v. RadioShack Corp.*, 768 F.3d 622 (7th Cir. 2014) (representing objectors in the *RadioShack* case and the plaintiff in the consolidate matter *Nicaj v. Shoe Carnival, Inc.*); *Schlacher v. Law Offices of Phillip J. Rotche & Assocs.*, *P.C.*, 574 F.3d 852 (7th Cir. 2009); *Phinn v. Capital One Finance, Inc.*, 502 F. Supp. 2d 625 (E.D. Mich. 2007); *Cavin v. Home Loan Center, Inc.,* 236 F.R.D. 387 (N.D. Ill. 2006); *Hendricks v. DSW Shoe Warehouse, Inc.,* 444 F. Supp. 2d 775 (W.D. Mich. 2006); *Florence Mussat M.D., S.C., v. Power Liens, LLC*, 13 C 7853, 2014 U.S. Dist. LEXIS

4

141561 (N.D. Ill. Oct. 6, 2014); *Jones v. Union Pacific Railroad Co.,* 12 C 771, 2014 U.S. Dist. LEXIS 781 (N.D. Ill. Jan. 6. 2014); *Florence Mussat M.D., S.C., v. Global Healthcare Resources, LLC*, 11 C 7035, 2013 U.S. Dist. LEXIS 35107 (N.D. Ill. Mar. 13, 2013); *Sanders v. W&W Wholesale*, 11 C 3557, 2012 U.S. Dist. LEXIS 128590 (N.D. Ill. Sept. 11, 2012); *Todd v. Target* Corp., 10 C 5598, 2012 U.S. Dist. LEXIS (N.D. Ill. Mar. 30, 2012); *Sanders v. W&W Wholesale*, 11 C 3557, 2011 U.S. District LEXIS 117860 (N.D. Ill. Oct. 12, 2011); *Mitchem v. Ill. Collection Serv.*, 09 C 7274, 2010 U.S. Dist. LEXIS 76581 (N.D. Ill. Jul. 29, 2010), *Peralta v. Accept Acceptance, LLC*, 1:07-cv-1270, 2009 U.S. Dist. LEXIS 18195 (W.D. Mich. March 10, 2009); *Glover v. Mary Jane M. Elliot, P.C.*, Case No. 1:07-cv-648, 2007 U.S. Dist. LEXIS 73605 (W.D. Mich. Oct. 2, 2007); *Chavez v. Bowman, Heintz, Bocia & Vician*, 07 C 670, 2007 U.S. Dist. LEXIS 61936 (N.D. Ill. Aug. 22, 2007); *Lopez v. Hardy's Holsteins LLC,* 2005 MIWCLR (LRP) LEXIS 151 (Mich. WCAC, June 24, 2005) *sub nom. Lopez v. Worker's Compensation Appellate Comm'n.,* No. 263842, 2005 Mich. App. LEXIS 3312 (Mich. App. Sept. 23, 2005); 704 N.W. 2d 709, 474 Mich. 893 (Mich. 2005).

14. I was also the primary brief writer on *Mitchem v. Illinois Collection Service*, 271 F.R.D. 617 (N.D. Ill. 2011) and *Balbarin v. North Star Capital Acquisition*, 2011 U.S. Dist. LEXIS 686 (N.D. Ill. Jan. 5, 2011), which are the first two cases in the nation granting a contested class certification motion for claims brought under the Telephone Communication Protection Act for calls to cellular telephones without express prior consent.

15. I contributed to the writing of the plaintiffs' joint brief in a TCPA matter of first impression and was second chair at oral argument in the Seventh Circuit in *Soppet v. Enhanced Recovery, Co., LLC*, 679 F.3d 637 (7th Cir. 2012).

16. I have represented clients at oral arguments before the Seventh Circuit in the following matters: *Redman et al. v. RadioShack Corp.*, 768 F.3d 622 (7th Cir. 2014) (representing objectors in the *RadioShack* case and the plaintiff in the consolidate matter *Nicaj v. Shoe Carnival, Inc.*); *Schlacher v. Law Offices of Phillip J. Rotche & Assocs., P.C.*, 574 F.3d 852 (7th Cir. 2009).

17. I have filed a Petition for Writ of Certiorari before the United States Supreme Court in *Nicaj v. Shoe Carnival, Inc.*, No. 14-716 (U.S. Dec. 16, 2014).

I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 10, 2016.

/s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com